## In The United States District Court For The Eastern District Of Texas
## Sherman Division

FILED

FEB 16 2024

Clerk, U.S. District Court
Eastern District of Texas

**STERLING CONLEY**
**Plaintiff**

**L DOCKET NUMBER:** 4:24cv135 ALM|KPJ

**vs**

**Mary Francis Hurt Conley Wright**
**In her individual right**

**BMI RECORDS,et al**
**In its individual right**

**<u>JURY BY TRIAL DEMANDED</u>**

**Welk Music**
**In its Individual right**

~~**Sugar Hill**~~
**In its Individual right**

**Concord Music Group**
**In its Individual Right**

**Wynwood Music Group**
**In its Individual right**

**Vanguard Records Co**
**In its Individual right**

~~**Okeh Records**~~
**In its Individual right**

**Windswept Pacific**
**In its Individual right**

cont'd

**Sony Records**
**In its Individual right**

**Amazon Records**
**In its Individual right**

**Defendant(s)**

---

## COMPLAINT

**The ownership of the copyrights of Mississippi John Hurt's music has been established as his heirs. Music and merchandise is being produced without approval of family members. Mary Francis Hurt Conley Wright has been working with the record company and others to produce his work. Revenue has been issued but not to all heirs. Decisions using Mississippi John Hurts' name have been made without Heir knowledge. Affidavits have been filed showing the family's protest To her actions. No answers are being given to the family regarding any productions of Mississippi John Hurt.**

## FACTS

1. A court order and signed affidavits establishing the ownership of the copyrights to Mississippi John Hurt's music, was provided to the courts.
2. No permission has been granted for the use of his music, likeness or anything producing revenue. Money is being made by the record companies but they have not attempted to compensate the family or obtain their permission to do so.

**3.** Proof of ownership to the copyrights of John Hurts' music by the heirs has been provided to the defendants, but no information has been given on:

a. Who is using Mississippi John Hurts' music?
b. What revenues are being generated?
c. Where are revenues going?
d. What are the operational procedures of the Mississippi John Hurt Co. and those of The Mississippi John Hurt Foundation?
e. Why was a percentage of the estate given to non-heirs (John William Hurt and Atty. Pat LeBlanc) and on whose authority was it done?

F. Mary Francis Hurt Conley Wright should be compelled to reveal if the estate has been sold and to explain her actions concerning any and all things associated with the estate.

**4.** Mary Francis Conley Hurt Wright has fraudulently presented herself as the authority to represent all **heirs.**

**Damages**

Money issued to Mary Francis Hurt Conley Wright and others, but not to the plaintiff, have not been accounted for and distribution not explained. No proceeds were obtained by the plaintiff as an heir or otherwise.

Request upon request has been made for an accounting, none have been granted.

Mary Francis Hurt Conley Wright misrepresented herself as the family spokesperson, hindering the family from making informed decisions concerning the estate. All profit strategy was removed from the hands of the plaintiff and others.

Mary Francis Conley Hurt Wright had no authority to speak for or garner any projects for the estate.

No revenues, to this date, have come to the plaintiff or signers of the affidavits of non-agreement.

## REQUESTED RELIEF

To settle these matters, I am asking the court to demand an accounting of all accounts/projects, and etc. involving the musician Mississippi John Hurt and that all royalties/revenues, past and present, be rendered to the plaintiff in an equal share.

The answers to the above listed questions. May the court please demand that responses are given in laymans' terms so that a person lacking legal knowledge can understand. Information is needed for the heirs to know who to talk with and what is going on.

## CONCLUSION

***The Plaintiff prays that the Motion To grant an accounting of the estate, answers to listed questions and a trial by jury are granted. This plaintiff believes that a court and a jury can hear and decide this case both justly and prudently. I believe it will be recognized that the defendant and others are using the music of Mississippi John Hurt ad lib., and are not giving thought or compensation to his heirs.. The court has a federal court order that states who has the rights to this estate, and also a copy of the copyrights.***

Sterling Conley [signature]

**Sterling Conley Hurt**

**Date:** 2-15-24

STATE OF TEXAS
COUNTY OF Denton

This instrument was acknowledged before me this 15th day of February, 2024 by Sterling Conley

Veronica G [signature] — Veronica Garcia
Notary Public's Signature — Notary Name
My Commission Expires 11-11-2025

VERONICA GARCIA
Notary Public, State of Texas
Comm. Expires 11-11-2025
Notary ID 133444174

Sterling Conley
5301 E. McKinney St Lot #348
Denton TX, 76208
Sterling Conley
940-395-1447