AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Sterling Conley <br><br> *Plaintiff(s)* <br> v. <br><br> Mary Francis Hurt Conley Wright et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:24-cv-00135-ALM-KPJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanguard Records Co.
2700 Pennsylvania Avenue
Santa Monica, CA 90404



FILED

FEB 26 2024

Clerk, U.S. District Court
Eastern District of Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sterling Conley
5301 E. McKinney St. Lot 348
Denton, TX 76208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/20/2024               David A. O'Toole
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00135-ALM-KPJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* UPS 1Z7RV4760328514064

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-23-24

*Server's signature* (signed: Sterling Conley)

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

```
Shipment Receipt:     Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:                          SHIPMENT INFORMATION:
FRI 23 FEB 2024                     UPS GROUND COMMERCIAL
                                    0 lb 13.6 oz actual wt
EXPECTED DELIVERY DATE:             1.000 lb billable wt
WED 28 FEB 2024 EOD                 DIMS: 15.00X12.00X1.00 IN
SHIP FROM:
STERLING CONLEY
5301 E MCKINNEY ST
LOT 348
DENTON  TX 76208                    TRACKING NUMBER: 1Z7RV4760328514064
                                    SHIPMENT ID: MM1MGG9HSM9ED
(940) 395-1447                      SHIP REF 1: - -
                                    SHIP REF 2: - -
SHIP TO:
VANGUARD RECORDS CO                 DESCRIPTION OF GOODS:
2700 PENNSYLVANIA AVE               AZ
SANTA MONICA CA 90404-4066          DOCUMENTS.NV.CP NRP
BUSINESS

                                    SHIPMENT CHARGES:
                                    GROUND COMMERCIAL         14.51
                                    SERVICE OPTIONS            0.00
                                    CMS PROCESSING FEE         0.22

SHIPPED THROUGH:
THE UPS STORE #4490
DENTON,TX 76205-4703
(940) 484-6245
                                           TOTAL           $14.73

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM   (SELECT TRACKING, ENTER SHIPMENT ID #)    SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.
      NEED PACKAGE HELP? (LOST/DAMAGED). PROVIDE DETAILS SO WE CAN HELP:
HTTPS://ONLINE.UPSCAPITAL.COM/TCCP


SHIPMENTID: MM1MGG9HSM9ED    |||||||||||||||||||||||||||||||||||||||||
Powered by iShip(r)
02/23/2024  03:06 PM  Pacific Time F                     The UPS Store
```

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0124