# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

STERLING CONLEY )
)
v.

MARY FRANCIS HURT CONLEY WRIGHT, et al.    NO. 4:24-CV-00135-ALM-BD

)
)
)

**FILED NOV 1 2 2024 Clerk, U.S. District Court Texas Eastern**

To The Honorable Judge Bill Davis,

I Sterling Conley Hurt have been a resident of Texas in the County of Denton for 30 years. The defendant that I am filing against Mary Francis Hurt Wright is a resident of 520 Milton ln. Holt Estates, Chicago Illinois, and she has falsely claimed to be the executive heir to Mississippi John Hurt's estate. The other heirs to Mississippi John Hurt's estate including myself did not agree to Mary Francis being the executive to the estate. Due to Mary Francis taking over the estate without our consent the other heirs and myself have not seen any part of the estate. The family had the right to know if Mary Wright sold the estate and to whom she sold it. Mary Wright runs a foundation and Mississippi John Hurt Company that the family has nothing to do with.

    Regarding the estate, Only Mary Francis has earned any income and the heirs including myself have not seen any income from the estate as far as my knowledge. Mary Wright is the key to what has happened to the estate, and the other heirs have no say in the happenings within the estate. The courts have signed affidavits of the rest of the heirs to the estate, and they disagreed with Mary Wright handling their business regarding the estate of Mississippi John Hurt. The courts also have copyrights regarding the estate and federal court orders. To my understanding, the courts have jurisdiction over my case because they have held my case for three years and have not once mentioned any issues with the claim about the jurisdiction to which the case was filed. The heirs including myself believe that Mary Wright is the key to settling this case, we feel the need to have a jury trial to straighten out the issue we are entitled to it and I have paid for a jury trial twice.

Sincerely,

Sterling Conley Hurt

STATE OF TEXAS
COUNTY OF DENTON

This instrument was acknowledged before me this 11 day of NOV, 2024 by STERLING CONLEY.

Notary Public's Signature
My Commission Expires April 22 2028.

ULISES REYES
Notary Public, State of Texas
Comm. Expires 04-22-2028
Notary ID 128938792