Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Apply shipping docum**

Do not use this envelo

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedite**

Visit **theupsstore.com**
about our Print & Busi

STERLING CONLEY
(940) 395-1447
THE UPS STORE #4490
STE 104
1501 S LOOP 288
DENTON TX 76205-4703

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 11 NOV 2024

SHIP TO: EASTERN DISTRICT OF TEXAS
UNITED STATES DISTRICT COURT
STE 112
101 E PECAN ST

SHERMAN TX 75090-5989

TX 750 2-01

UPS NEXT DAY AIR 1

TRACKING #: 1Z 7RV 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 9959

BILLING: P/P

RECEIVED
NOV 12 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ISH 13.00F ZZP 450 42.5V 10/2024

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 1024

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or ... on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709 08/2

