# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| STERLING CONLEY, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:24-cv-00135 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| MARY FRANCIS HURT CONLEY § | |
| WRIGHT, *et al.*, § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 26, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #43) that Plaintiff Sterling Conley's Amended Complaint (Dkt. #38) be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Conley's claims against Defendants Mary Francis Hurt Conley Wright, BMI Records, Welk Music, Concord Music Group, Wynwood Music Group, Vanguard Records Co., Windswept Pacific, Sony Records, and Amazon Records are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 24th day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE